UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
SHARONDA SAMPLE, :
:
Plaintiff, :
: 21-CV-2005 (JMF)
-v- :
: ORDER
THE AMERICAN NATIONAL RED CROSS, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      This case was removed by the American National Red Cross on March 8, 2021. ECF No. 1. Although the other Defendant, SeviceMaster Professional Cleaning Services, was served on February 19, 2021, *see* ECF No. 12, it did not consent — and still has not validly consented — to removal. *See Commonwealth Advisors Inc. v. Wells Fargo Bank, Nat'l Ass'n*, No. 15-CV-7834 (JMF), 2016 WL 3542462, at *3 (S.D.N.Y. June 23, 2016) ("[A] corporate entity cannot consent to removal through a non-lawyer representative." (internal quotation marks omitted)). Nevertheless, Plaintiff did not move within thirty days of removal to remand as required by 28 U.S.C. § 1447(c). Nor did she file a response to the American National Red Cross's submission on whether the case should be remanded, even though the Court invited her to do so. *See* ECF Nos. 13-14. Accordingly, whether or not the removal was procedurally proper — an issue on which the Court intimates no view — the Court concludes that Plaintiff has forfeited any argument for remand. Put differently, assuming *arguendo* that the Court even has authority to remand *sua sponte*, *see Mitskovski v. Buffalo & Fort Erie Pub. Bridge Auth*., 435 F.3d 127, 132 (2d Cir. 2006) (noting that "a district court lacks authority to remand *sua sponte* more than 30 days after removal (on grounds other than lack of subject matter jurisdiction)" (citing *Hamilton v. Aetna Life & Cas. Co.*, 5 F.3d 642, 644 (2d Cir. 1993) (per curiam))), it declines to do so.

      SO ORDERED.

Dated: May 5, 2021                              _____
      New York, New York                       JESSE M. FURMAN
                                                          United States District Judge