UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHARONDA SAMPLE,

                    Plaintiff,

-against-                                  21 **CIVIL** 2005 (JMF)

## **JUDGMENT**

THE AMERICAN NATIONAL RED CROSS,
et al.,
                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 6, 2023, Defendants' motion to dismiss is GRANTED, and Sample's claims are DISMISSED with prejudice pursuant to Rules 37(b), 37(d), and 41(b). Further, Sample is ORDERED to reimburse Defendants for the reasonable expenses, including attorney's fees, incurred in connection with the June 6, 2022 IME; the June 8, 2022 deposition; and the motion. The parties shall meet and confer in an effort to reach agreement on the figure. Barring agreement, Defendants shall file a detailed accounting within three weeks of the date of the Memorandum Opinion and Order; Sample may file a response within one week of Defendants' accounting; no reply may be filed absent prior leave of Court. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York

       January 6, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                      **Clerk of Court**

                              **BY:**      *K. Mango*

                                                      _____
                                                      **Deputy Clerk**